Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



★ ★ ★                    ★ ★ ★

# MEMORANDUM OPINION

No. 04-08-00472-CR

Chastity Ann **VIEYRA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2007-CR-10104W
Honorable Catherine Torres Stahl, Judge Presiding

PER CURIAM

Sitting:      Alma L. López, Chief Justice
              Catherine Stone, Justice
              Karen Angelini, Justice

Delivered and Filed:  August 13, 2008

DISMISSED FOR LACK OF JURISDICTION

Appellant seeks to appeal the trial court's order modifying the terms of her deferred adjudication community supervision.  On July 22, 2008, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because the trial court's order is not appealable.  *See Quaglia v. State*, 906 S.W.2d 112, 113 (Tex. App.—San Antonio 1995, no pet.).

Appellant's attorney responded that she agreed that this court "has no choice but to dismiss the appeal." The appeal is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH